David S. Reidy (SBN 225904)
E-mail: dreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
E-mail: mbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>　　　　　Defendant. | Case No. 3:11-cv-1832-MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[Civil L.R. 7-11]<br><br>Compl. Filed:       April 14, 2011<br><br>Honorable Maria-Elena James |

**ORDER**

Defendant BAC Home Loans Servicing, LP's Administrative Motion for Relief is

**GRANTED.  IT IS ORDERED THAT:**

1)　　　The Case Management Conference set for JULY 21, 2011 is CONTINUED to August 25 _____, 2011 at __10:00a.m.__.

2)　　　Defendant's request for an extension of time to respond to the Complaint is

**GRANTED**.  Defendant SHALL file a responsive pleading by JULY 22, 2011.

DATED:  July _11_, 2011.

By_____
The Honorable Maria-Elena James
United States Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware