# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVONNE YOUNG,** | ) Case No. 3:11-cv-01832-MEJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **BAC HOME LOANS SERVICING, LP,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this  8th  day of May, 2012.

_____
The Honorable Maria Elena-James